Submitted on briefs August 8, affirmed August 27, 1973

STATE OF OREGON, *Respondent, v.*
ROBERT DOUGLAS CLARK, *Appellant.*

513 P2d 173

Dan Van Thiel, and Anderson, Fulton, Lavis & Van Thiel, Astoria, for appellant.

Thomas H. Denney, Assistant Attorney General, Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

AFFIRMED. *State v. Zimmerman,* 14 Or App 17, 510 P2d 1336, Sup Ct *review denied* (1973).